[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 379.]

THE STATE EX REL. KEGLEY, APPELLEE AND CROSS-APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL.; ABEX CORPORATION, APPELLANT
AND CROSS-APPELLEE.

[Cite as *State ex rel. Kegley v. Indus. Comm.*, 1998-Ohio-394.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-389—Submitted June 9, 1998—Decided July 22, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No.
95APD03-343.

————————————

*Livorno & Arnett, John F. Livorno* and *Charles W. Kranstuber*, for appellee
and cross-appellant.

*Porter, Wright, Morris & Arthur* and *Darrell R. Shepard*, for appellant and
cross-appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the
opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

————————————